■ In the Matter of THOMAS J. BARNES, an Attorney, Respondent. [945 NYS2d 920]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed May 22, 2012.)

■ In the Matter of STEPHEN J. DE ROSA, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [945 NYS2d 920]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed May 22, 2012.)

■ In the Matter of WILLIAM EASTON, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [945 NYS2d 922]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed May 22, 2012.)

■ In the Matter of LEE J. PLAVOUKOS, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [945 NYS2d 924]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed May 22, 2012.)

■ In the Matter of TIMOTHY ALLEN MILLER, an Attorney, Resignor. [945 NYS2d 588]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed May 15, 2012.)

■ In the Matter of SABRINA HILL, an Attorney, Resignor. [945 NYS2d 588]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed Apr. 24, 2012.)

■ In the Matter of DONALD K. COMSTOCK, an Attorney, Resignor. [945 NYS2d 588]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed May 17, 2012.)